| | |
|---|---|
| Blaise S. Curet (SBN 124983)<br>SINNOTT, PUEBLA, CAMPAGNE &<br>CURET, APLC<br>2000 Powell Street, Suite 830<br>Emeryville, CA 94608<br>(415) 352-6200 (telephone)<br>bcuret@spcclaw.com<br><br>Robin D. Craig (SBN 130935)<br>LAW OFFICE OF ROBIN CRAIG<br>6114 La Salle No. 517<br>Oakland, CA 94611<br>(510) 549-3310 (telephone)<br>rdc@rcraiglaw.com | Harris B. Winsberg (*pro hac vice*)<br>Matthew M. Weiss (*pro hac vice*)<br>Matthew G. Roberts (*pro hac vice*)<br>PARKER HUDSON RAINER & DOBBS LLP<br>303 Peachtree Street NE, Suite 3600<br>Atlanta, GA 30308<br>(404) 523-5300 (telephone)<br>hwinsberg@phrd.com<br>mweiss@phrd.com<br>mroberts@phrd.com<br><br>Todd Jacobs (*pro hac vice*)<br>John E. Bucheit (*pro hac vice*)<br>PARKER HUDSON RAINER & DOBBS LLP<br>Two N. Riverside Plaza<br>Suite 1850<br>Chicago, IL 60606<br>(312) 477-3306 (telephone)<br>tjacobs@phrd.com<br>jbucheit@phrd.com |

*Attorneys for Westport Insurance Corporation,* f/k/a *Employers Reinsurance Corporation*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re*:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and Debtor-in-Possession. | Bankruptcy Case No. 23-30564<br><br>Chapter 11 |
| WESTPORT INSURANCE CORPORATION, F/K/A EMPLOYERS REINSURANCE CORPORATION,<br><br>Plaintiff,<br>v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole; and DOES 1 through 50,<br><br>Defendants | Adv. Pro. No. 25-03070<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Harris B. Winsberg, certify as follows:

I am a citizen of the United States and employed in Atlanta, Georgia. I am over the age of eighteen and not a party to the above-entitled action. My business address is 303 Peachtree Street NE, Suite 3600, Atlanta, GA 30308.

On October 8, 2025, I caused the following documents to be electronically filed: **NOTICE OF MOTION AND MOTION TO WITHDRAW THE REFERENCE BY WESTPORT INSURANCE CORPORATION; MEMORANDUM OF LAW IN SUPPORT OF WESTPORT'S MOTION TO WITHDRAW THE REFERENCE; and DECLARATION OF MATTHEW G. ROBERTS IN SUPPORT OF WESTPORT'S MOTION TO WITHDRAW THE REFERENCE** with the Clerk of the Court using the CM/ECF system, which sends notifications of such filings to the following registered participants:

Mary Alexander on behalf of Creditor Daniel Eichhorn
malexander@maryalexanderlaw.com

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jbair@burnsbair.com, kdempski@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee Official Committee Of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

| | |
|---|---|
| 1 | Peter C. Califano on behalf of Creditor The Roman Catholic Seminary of San Francisco<br>pcalifano@nvlawllp.com |
| 2 | |
| 3 | Brian P Cawley on behalf of Creditor Committee The Official Committee of Unsecured Creditors<br>bcawley@burnsbair.com |
| 4 | Robert M Charles, Jr on behalf of Defendant All Hallows Chapel<br>Robert.Charles@wbd-us.com |
| 5 | |
| 6 | Jason Chorley on behalf of Interested Party Century Indemnity Company<br>jason.chorley@clydeco.us, Robert.willis@clydeco.us |
| 7 | Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com |
| 8 | |
| 9 | Jennifer Witherell Crastz on behalf of Creditor City National Bank<br>jcrastz@hemar-rousso.com |
| 10 | Blaise S Curet on behalf of Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation |
| 11 | bcuret@spcclaw.com |
| 12 | Melissa M D'Alelio on behalf of Interested Party Appalachian Insurance Company<br>mdalelio@robinskaplan.com |
| 13 | |
| 14 | Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>jared.a.day@usdoj.gov |
| 15 | Michele Nicole Detherage on behalf of Interested Party Appalachian Insurance Company<br>mdetherage@robinskaplan.com |
| 16 | |
| 17 | Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation<br>adiamond@diamondmccarthy.com |
| 18 | |
| 19 | Daniel Lloyd Egan on behalf of Defendant Holy Cross Catholic Cemeteries<br>degan@wilkefleury.com |
| 20 | Michael W Ellison on behalf of Interested Party First State Insurance Company<br>mellison@sehlaw.com, kfoster@sehlaw.com |
| 21 | |
| 22 | Stephen John Estey on behalf of Interested Party Dennis Fruzza<br>steve@estey-bomberger.com |
| 23 | Timothy W. Evanston on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 24 | tevanston@skarzynski.com |
| 25 | Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>trevor.fehr@usdoj.gov |
| 26 | |
| 27 | Robert David Gallo on behalf of Interested Party Appalachian Insurance Company<br>dgallo@khlawfirm.com |
| 28 | |

| | |
|---|---|
| 1 | Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured Creditors |
| 2 | dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| 3 | Gail S. Greenwood on behalf of Creditor Committee Official Committee Of Unsecured Creditors |
| 4 | ggreenwood@pszjlaw.com, rrosales@pszjlaw.com |
| 5 | John Grossbart on behalf of Interested Party Appalachian Insurance Company<br>john.grossbart@dentons.com, docket.general.lit.chi@dentons.com |
| 6 | John Grossbart on behalf of Interested Party St. Paul Fire and Marine Insurance Co.<br>docket.general.lit.chi@dentons.com |
| 7 | |
| 8 | Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.<br>joshua.haevernick@dentons.com |
| 9 | Robert G. Harris on behalf of Creditor Archbishop Riordan High School<br>rob@bindermalter.com, RobertW@BinderMalter.com |
| 10 | |
| 11 | Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>deanna.k.hazelton@usdoj.gov |
| 12 | Jordan Anthony Hess on behalf of Interested Party Century Indemnity Company<br>jhess@plevinturner.com |
| 13 | |
| 14 | Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company<br>tjacobs@phrd.com |
| 15 | Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 16 | daniel.james@clydeco.us |
| 17 | Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco Capital Asset Support Corporation |
| 18 | chris.johnson@diamondmccarthy.com |
| 19 | Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 20 | jkahane@skarzynski.com |
| 21 | Taylore Karpa Schollard on behalf of Interested Party Appalachian Insurance Company<br>tkarpa@robinskaplan.com |
| 22 | |
| 23 | Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| 24 | Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>jekim@sheppardmullin.com, dgatmen@sheppardmullin.com |
| 25 | |
| 26 | David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation<br>david.kupetz@troutman.com, Mylene.Ruiz@lockelord.com |
| 27 | Mikayla Kutsuris on behalf of Defendant The Roman Catholic Archbishop of San Francisco<br>mkutsuris@ffwplaw.com |
| 28 | |

| | |
|---|---|
| 1 | Jennifer R Liakos on behalf of Interested Party LL John Doe JRO<br>jenn@jennliakoslaw.com |
| 2 | |
| 3 | Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company<br>clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com |
| 4 | Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory<br>llinsky@mwe.com |
| 5 | |
| 6 | John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured Creditors<br>jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| 7 | |
| 8 | Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com |
| 9 | Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company<br>patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com |
| 10 | |
| 11 | Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.<br>docket.general.lit.chi@dentons.com |
| 12 | Brittany Mitchell Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors |
| 13 | bmichael@pszjlaw.com |
| 14 | M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company<br>keith.moskowitz@dentons.com |
| 15 | |
| 16 | Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>michael.norton@clydeco.us, nancy.lima@clydeco.us |
| 17 | |
| 18 | Office of the U.S. Trustee / SF<br>USTPRegion17.SF.ECF@usdoj.gov |
| 19 | Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
| 20 | |
| 21 | Valerie Bantner Peo on behalf of Interested Party Berkeley Research Group, LLC<br>vbantnerpeo@buchalter.com |
| 22 | Robert J. Pfister on behalf of Creditor Shajana Steele<br>rpfister@pslawllp.com |
| 23 | |
| 24 | Mark D. Plevin on behalf of Interested Party Century Indemnity Company<br>mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| 25 | Gregory S. Powell on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov |
| 26 | |
| 27 | Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher<br>dbp@provlaw.com |
| 28 | |

| | |
|---|---|
| 1 | Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>nreinhardt@skarzynski.com |
| 2 | Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>jrios@ffwplaw.com, docket@ffwplaw.com |
| 3 | Kathleen Mary Derrig Rios on behalf of Defendant All Hallows Chapel<br>Katie.Rios@wbd-us.com |
| 4 | Matthew Roberts on behalf of Interested Party Appalachian Insurance Company<br>mroberts@phrd.com |
| 5 | Annette Rolain on behalf of Interested Party First State Insurance Company<br>arolain@ruggerilaw.com |
| 6 | Julie H. Rome-Banks on behalf of Defendant Archbishop Riordan High School<br>julie@bindermalter.com |
| 7 | Cheryl C. Rouse on behalf of Creditor Victoria Castro<br>rblaw@ix.netcom.com |
| 8 | Samantha Ruben on behalf of Interested Party St. Paul Fire and Marine Insurance Co.<br>samantha.ruben@dentons.com |
| 9 | Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>phillip.shine@usdoj.gov |
| 10 | James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors<br>jstang@pszjlaw.com |
| 11 | Ashley Storey on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>astorey@skarzynski.com |
| 12 | Devin Miles Storey on behalf of Creditor John LB Doe SF<br>dms@zalkin.com |
| 13 | Jason D. Strabo on behalf of Defendant Sacred Heart Cathedral Preparatory<br>jstrabo@mwe.com, dnorthrop@mwe.com |
| 14 | Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies<br>catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| 15 | Edward J. Tredinnick on behalf of Creditor Claimant No. 638<br>etredinnick@foxrothschild.com |
| 16 | Miranda Turner on behalf of Interested Party Century Indemnity Company<br>mturner@plevinturner.com |
| 17 | Joshua D Weinberg on behalf of Interested Party First State Insurance Company<br>bkfilings@ruggerilaw.com |
| 18 | Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company<br>mweiss@phrd.com |

| | |
|---|---|
| 1 | Steven John Williamson on behalf of Defendant Holy Cross Catholic Cemeteries<br>swilliamson@wilkefleury.com |
| 2 | |
| 3 | Harris Winsberg on behalf of Interested Party Appalachian Insurance Company<br>hwinsberg@phrd.com |
| 4 | Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 5 | yongli.yang@clydeco.us |

      I also hereby certify that I served the aforementioned documents via First Class U.S. Mail to the list of recipients identified in **Exhibit A**.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed: October 8, 2025, in Atlanta, Georgia.

                                                  */s/ Harris B. Winsberg*
                                                    Harris B. Winsberg

**EXHIBIT A**

Core Service List

**Sophia Achermann**
605 Market Street, Suite 1103
San Francisco, CA 94105

**Marc D. Ashley**
Diamond McCarthy, LLP
15 W. 18th St., #1A
New York, NY 10024

**C. B.**
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

**J. B.**
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

**Berkeley Research Group, LLC**
201 S. Main, Ste. 450
Salt Lake City, UT 84111

**Blank Rome, LLP**
2029 Century Park Est
6th Floor
Los Angeles, CA 90067

**R. C.**
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

**Elise S. Frejka**
415 East 52nd St.
Ste. 3
New York, NY 10022

**Michael L. Cohen**
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, 34th Floor
Suite 3430
San Francisco, CA 94104-4436

**Robin D. Craig**
CRAIG & WINKELMAN LLP
2001 Addison Street, Suite 300
Berkeley, CA 94704

**J. D.**
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

**H. F.**
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

**R. F.**
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

**R. F. Jr.**
c/o Kim Dougherty, Esq.
Justice Law Collaborative
210 Washington Street
North Easton, MA 02356

**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
500 Capitol Mall, Suite 2250
Sacramento, CA 95814

**GDR Group, Inc.**
c/o Robert R. Redwitz
3 Park Plaza, Suite 1700
Irvine, CA 92614

**GlassRatner Advisory & Capital Group, LLC**
19800 MacArthur Blvd.
Irvine, CA 92612

**Jordan A. Hess**
Crowell & Moring LLP
1001 Pennsylvania Ave.
Washington, DC 20004

**Kern County Treasurer and Tax Collector Office**
Attn: Bankruptcy Division
P.O. Box 579
Bakersfield, CA 93302-0579

**Matthew C. Lovell**
Nicolaides Fink Thorpe et al
101 Montgomery St., # 2300
San Francisco, CA 94104

**Lauren M. Macksoud**
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

| | | |
|---|---|---|
| **Rosalle Marcic**<br>c/o Jeannette A. Vaccaro, Esq.<br>315 Montgomery St. 10th Floor<br>San Francisco, CA 94104<br><br>**Geoffrey M. Miller**<br>Dentons US LLP<br>1121 Avenue of the Americas<br>New York, NY 10020-1089<br><br>**Omni Agent Solutions**<br>5955 De Soto Avenue<br>Suite 100<br>Woodland Hills, CA<br><br>**Omni Agent Solutions, Inc.**<br>5955 De Soto Ave., Suite 100<br>Woodland Hills, CA 91367<br><br>**Alexander Potente**<br>CLYDE & CO US LLP<br>150 California Street<br>15th Floor<br>San Francisco, CA 94111<br><br>**D. R.**<br>c/o Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356<br><br>**Cristopher W. Ray**<br>McDermott Will & Schulte LLP<br>One Vanderbilt Ave.<br>New York, NY 10017 | **Damion D. D. Robinson**<br>355 South Grand Avenue,Suite 2450<br>Los Angeles, CA 90071<br><br>**Russell W. Roten**<br>Skarzynski Marick & Black LLP<br>633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071<br><br>**A. S.**<br>c/o Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356<br><br>**Fr. Patrick Summerhays**<br>The Roman Catholic Archbishop of SF<br>One Peter York Way<br>San Francisco, CA 94109<br><br>**Transperfect Legal Solutions**<br>1250 Broadway<br>New York, NY 10001<br><br>**Miranda H. Turner**<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br><br>**Weinstein & Numbers, LLP**<br>115 Ward Street<br>Larkspur, CA 94939 | **Carole M. Wurzelbacher**<br>McDermott Will & Schulte LLP<br>444 W. Lake St., #4000<br>Chicago, IL 60606 |