| | |
|---|---|
| Blaise S. Curet (SBN 124983) | Harris B. Winsberg (admitted *pro hac vice*) |
| Melissa A. Dubbs (SBN 163650) | Matthew M. Weiss (admitted *pro hac vice*) |
| SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC | Matthew G. Roberts (admitted *pro hac vice*) |
| 2000 Powell Street, Suite 830 | PARKER, HUDSON, RAINER & DOBBS LLP |
| Emeryville, California 94608 | 303 Peachtree St NE, Suite 3600 |
| Telephone: (415) 352-6200 | Atlanta, Georgia 30308 |
| Facsimile: (415) 352-6224 | Telephone: (404) 523-5300 |
| Email: bcuret@spcclaw.com | Facsimile: (404) 522-8409 |
| mdubbs@spcclaw.com | Email: hwinsberg@phrd.com |
| | mweiss@phrd.com; mroberts@phrd.com |
| Robin D. Craig (SBN 130935) | Todd C. Jacobs (admitted pro hac vice) |
| LAW OFFICE OF ROBIN CRAIG | John E. Bucheit (admitted pro hac vice) |
| 6114 La Salle Avenue, No. 517 | PARKER, HUDSON, RAINER & DOBBS LLP |
| Oakland, CA 94611 | Two N. Riverside Plaza, Suite 1850 |
| Telephone: (510) 549-3330 | Chicago, Illinois 60606 |
| Email: rdc@rcraiglaw.com | Telephone: (312) 477-3305 |
| | Email: tjacobs@phrd.com; jbucheit@phrd.com |

*Attorneys for Westport Insurance Corporation f/k/a Employers Reinsurance Corporation*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re:* | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| | Hon. Dennis Montali |
| Debtor and Debtor in Possession | |
| | **CERTIFICATE OF SERVICE** |
| WESTPORT INSURANCE CORPORATION, FORMERLY KNOWN AS EMPLOYERS REINSURANCE CORPORATION, | ADVERSARY Case No. 25-03070 |
| Plaintiff | |
| v. | |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole, and DOES 1 through 50; | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I, Michelle Mejia, certify as follows:

I am a citizen of the United States and employed in Emeryville, California. I am over the age of eighteen and not a party to the above-entitled action. My business address is 2000 Powell Street, Suite 830, Emeryville, CA 94608.

On October 8, 2025, I caused the following document to be electronically filed: **WESTPORT INSURANCE CORPORATION'S COMPLAINT FOR DECLARATORY JUDGMENT AND DEMAND FOR JURY TRIAL** with the Clerk of the Court using the CM/ECF system which sends notification of such filing to the following registered participants:

Mary Alexander on behalf of Creditor Daniel Eichhorn
malexander@maryalexanderlaw.com

Darren Azman on behalf of Interested Party Sacred Heart Cathedral Preparatory
dazman@mwe.com, mco@mwe.com

Jesse Bair on behalf of Creditor Committee The Official Committee of Unsecured Creditors   jbair@burnsbair.com, kdempski@burnsbair.com

Hagop T. Bedoyan on behalf of Interested Party The Roman Catholic Bishop of Fresno
hagop.bedoyan@mccormickbarstow.com, ecf@kleinlaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov,ustpregion17.sf.ecf@usdoj.gov

Gillian Nicole Brown on behalf of Creditor Committee Official Committee Of Unsecured Creditors
gbrown@pszjlaw.com

John Bucheit on behalf of Interested Party Appalachian Insurance Company
jbucheit@phrd.com

Timothy W. Burns on behalf of Creditor Committee The Official Committee of Unsecured Creditorstburns@burnsbair.com, kdempski@burnsbair.com

George Calhoun on behalf of Interested Party Century Indemnity Company
george@ifrahlaw.com

Peter C. Califano on behalf of Creditor The Roman Catholic Seminary of San Francisco
pcalifano@nvlawllp.com

Brian P Cawley on behalf of Creditor Committee The Official Committee of Unsecured Creditors  bcawley@burnsbair.com

Robert M Charles, Jr on behalf of Defendant All Hallows Chapel
Robert.Charles@wbd-us.com

Jason Chorley on behalf of Interested Party Century Indemnity Company
jason.chorley@clydeco.us, Robert.willis@clydeco.us

Amanda L. Cottrell on behalf of Debtor The Roman Catholic Archbishop of San Francisco
acottrell@sheppardmullin.com, JHerschap@sheppardmullin.com

Jennifer Witherell Crastz on behalf of Creditor City National Bank
jcrastz@hemar-rousso.com

Melissa M D'Alelio on behalf of Interested Party Appalachian Insurance Company
mdalelio@robinskaplan.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jared.a.day@usdoj.gov

Michele Nicole Detherage on behalf of Interested Party Appalachian Insurance Company
mdetherage@robinskaplan.com

Allan B Diamond on behalf of Interested Party The Archdiocese of San Francisco Capital Asset  Support Corporation
adiamond@diamondmccarthy.com

Daniel Lloyd Egan on behalf of Defendant Holy Cross Catholic Cemeteries
degan@wilkefleury.com

Michael W Ellison on behalf of Interested Party First State Insurance Company
mellison@sehlaw.com, kfoster@sehlaw.com

Stephen John Estey on behalf of Interested Party Dennis Fruzza
steve@estey-bomberger.com

Timothy W. Evanston on behalf of Interested Party Certain Underwriters at Lloyds London and  Certain London Market Companies

tevanston@skarzynski.com

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
trevor.fehr@usdoj.gov

Robert David Gallo on behalf of Interested Party Appalachian Insurance Company
dgallo@khlawfirm.com

Debra I. Grassgreen on behalf of Creditor Committee The Official Committee of Unsecured
Creditors
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Gail S. Greenwood on behalf of Creditor Committee Official Committee Of Unsecured
Creditors   ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

John Grossbart on behalf of Interested Party Appalachian Insurance Company
john.grossbart@dentons.com, docket.general.lit.chi@dentons.com

John Grossbart on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
docket.general.lit.chi@dentons.com

Joshua K Haevernick on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
joshua.haevernick@dentons.com

Robert G. Harris on behalf of Creditor Archbishop Riordan High School
rob@bindermalter.com, RobertW@BinderMalter.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SF
deanna.k.hazelton@usdoj.gov

Jordan Anthony Hess on behalf of Interested Party Century Indemnity Company
jhess@plevinturner.com

Todd C. Jacobs on behalf of Interested Party Appalachian Insurance Company
tjacobs@phrd.com

Daniel James on behalf of Interested Party Certain Underwriters at Lloyds London and
Certain  London Market Companies
daniel.james@clydeco.us

Christopher D. Johnson on behalf of Interested Party The Archdiocese of San Francisco
Capital  Asset Support Corporation
chris.johnson@diamondmccarthy.com

| | |
|---|---|
| 1 | Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 2 | jkahane@skarzynski.com |
| 3 | |
| 4 | Taylore Karpa Schollard on behalf of Interested Party Appalachian Insurance Company<br>tkarpa@robinskaplan.com |
| 5 | |
| 6 | Ori Katz on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| 7 | Jeannie Kim on behalf of Debtor The Roman Catholic Archbishop of San Francisco |
| 8 | jekim@sheppardmullin.com, dgatmen@sheppardmullin.com |
| 9 | David S. Kupetz on behalf of Interested Party Daughters of Charity Foundation |
| 10 | david.kupetz@troutman.com, Mylene.Ruiz@lockelord.com |
| 11 | Mikayla Kutsuris on behalf of Defendant The Roman Catholic Archbishop of San Francisco |
| 12 | mkutsuris@ffwplaw.com |
| 13 | |
| 14 | Jennifer R Liakos on behalf of Interested Party LL John Doe JRO<br>jenn@jennliakoslaw.com |
| 15 | |
| 16 | Christina Marie Lincoln on behalf of Interested Party Appalachian Insurance Company<br>clincoln@robinskaplan.com, LCastiglioni@robinskaplan.com |
| 17 | Lisa Arlyn Linsky on behalf of Interested Party Sacred Heart Cathedral Preparatory |
| 18 | llinsky@mwe.com |
| 19 | John William Lucas on behalf of Creditor Committee The Official Committee of Unsecured |
| 20 | Creditors |
| 21 | jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| 22 | Alan H. Martin on behalf of Debtor The Roman Catholic Archbishop of San Francisco |
| 23 | AMartin@sheppardmullin.com, lwidawskyleibovici@sheppardmullin.com |
| 24 | Patrick Maxcy on behalf of Interested Party Appalachian Insurance Company |
| 25 | patrick.maxcy@dentons.com, docket.general.lit.chi@dentons.com |
| 26 | Patrick Maxcy on behalf of Interested Party St. Paul Fire and Marine Insurance Co.<br>docket.general.lit.chi@dentons.com |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Brittany Mitchell Michael on behalf of Creditor Committee The Official Committee of Unsecured Creditors |
| 2 | bmichael@pszjlaw.com |
| 3 | |
| 4 | M. Keith Moskowitz on behalf of Interested Party Appalachian Insurance Company<br>keith.moskowitz@dentons.com |
| 5 | |
| 6 | Michael Norton on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 7 | michael.norton@clydeco.us, nancy.lima@clydeco.us |
| 8 | Office of the U.S. Trustee / SF<br>USTPRegion17.SF.ECF@usdoj.gov |
| 9 | |
| 10 | Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
| 11 | |
| 12 | Valerie Bantner Peo on behalf of Interested Party Berkeley Research Group, LLC<br>vbantnerpeo@buchalter.com |
| 13 | |
| 14 | Robert J. Pfister on behalf of Creditor Shajana Steele<br>rpfister@pslawllp.com |
| 15 | |
| 16 | Mark D. Plevin on behalf of Interested Party Century Indemnity Company<br>mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| 17 | |
| 18 | Gregory S. Powell on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov |
| 19 | Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher |
| 20 | dbp@provlaw.com |
| 21 | Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies |
| 22 | nreinhardt@skarzynski.com |
| 23 | |
| 24 | Jason E. Rios on behalf of Debtor The Roman Catholic Archbishop of San Francisco<br>jrios@ffwplaw.com, docket@ffwplaw.com |
| 25 | |
| 26 | Kathleen Mary Derrig Rios on behalf of Defendant All Hallows Chapel<br>Katie.Rios@wbd-us.com |
| 27 | |
| 28 | Matthew Roberts on behalf of Interested Party Appalachian Insurance Company<br>mroberts@phrd.com |

Annette Rolain on behalf of Interested Party First State Insurance Company
arolain@ruggerilaw.com

Julie H. Rome-Banks on behalf of Defendant Archbishop Riordan High School
julie@bindermalter.com

Cheryl C. Rouse on behalf of Creditor Victoria Castro
rblaw@ix.netcom.com

Samantha Ruben on behalf of Interested Party St. Paul Fire and Marine Insurance Co.
samantha.ruben@dentons.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SF
phillip.shine@usdoj.gov

James I. Stang on behalf of Creditor Committee The Official Committee of Unsecured Creditors  jstang@pszjlaw.com

Ashley Storey on behalf of Interested Party Certain Underwriters at Lloyds London and Certain  London Market Companies
astorey@skarzynski.com

Devin Miles Storey on behalf of Creditor John LB Doe SF
dms@zalkin.com

Jason D. Strabo on behalf of Defendant Sacred Heart Cathedral Preparatory
jstrabo@mwe.com, dnorthrop@mwe.com

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Edward J. Tredinnick on behalf of Creditor Claimant No. 638
etredinnick@foxrothschild.com

Miranda Turner on behalf of Interested Party Century Indemnity Company
mturner@plevinturner.com

Joshua D Weinberg on behalf of Interested Party First State Insurance Company
bkfilings@ruggerilaw.com

Matthew Michael Weiss on behalf of Interested Party Appalachian Insurance Company
mweiss@phrd.com

Steven John Williamson on behalf of Defendant Holy Cross Catholic Cemeteries
swilliamson@wilkefleury.com

Harris Winsberg on behalf of Interested Party Appalachian Insurance Company
hwinsberg@phrd.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyds London and Certain London Market Companies
yongli.yang@clydeco.us

I also hereby certify that I served the aforementioned document and a copy of the Notice of Electronic Filing on October 10, 2025 via U.S. Mail on the following non-CM/ECF participants:

| | |
|---|---|
| Sophia Achermann<br>605 Market Street, Suite 1103<br>San Francisco, CA 94105 | Marc D. Ashley<br>Diamond McCarthy, LLP<br>15 W. 18th St., #1A<br>New York, NY 10024 |
| C. B.<br>c/o Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356 | J. B.<br>c/o Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356 |
| R. C.<br>c/o Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356 | Elise S. Frejka<br>415 East 52nd St. Ste. 3<br>New York, NY 10022 |
| J. D.<br>c/o Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356 | H. F.<br>c/o Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356 |
| R. F.<br>c/o Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356 | R. F. Jr.<br>c/o Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356 |

| | |
|---|---|
| Kern County Treasurer and Tax Collector Office<br>Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield, CA 93302-0579 | GDR Group, Inc.<br>c/o Robert R. Redwitz<br>3 Park Plaza, Suite 1700<br>Irvine, CA 92614 |
| Omni Agent Solutions<br>5955 De Soto Avenue, Suite 100<br>Woodland Hills, CA | Rosalle Marcic<br>c/o Jeannette A. Vaccaro, Esq.<br>315 Montgomery St. 10th Floor<br>San Francisco, CA 94104 |
| D. R.<br>c/o Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356 | Cristopher W. Ray<br>McDermott Will & Schulte LLP<br>One Vanderbilt Ave.<br>New York, NY 10017 |
| Damion D. D. Robinson<br>355 South Grand Avenue, S-2450<br>Los Angeles, CA 90071 | Weinstein & Numbers, LLP<br>115 Ward Street<br>Larkspur, CA 94939 |
| A. S.<br>c/o Kim Dougherty, Esq.<br>Justice Law Collaborative<br>210 Washington Street<br>North Easton, MA 02356 | Carole M. Wurzelbacher<br>McDermott Will & Schulte LLP<br>444 W. Lake St., #4000<br>Chicago, IL 60606 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: October 10, 2025, in Emeryville, California.

_M. Mejia_
Michelle Mejia