| | |
|---|---|
| Blaise S. Curet (SBN 124983) | Harris B. Winsberg (admitted *pro hac vice*) |
| Melissa A. Dubbs (SBN 163650) | Matthew M. Weiss (admitted *pro hac vice*) |
| SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC | Matthew G. Roberts (admitted *pro hac vice*) |
| 2000 Powell Street, Suite 830 | PARKER, HUDSON, RAINER & DOBBS LLP |
| Emeryville, California 94608 | 303 Peachtree St NE, Suite 3600 |
| Telephone: (415) 352-6200 | Atlanta, Georgia 30308 |
| Facsimile: (415) 352-6224 | Telephone: (404) 523-5300 |
| Email: bcuret@spcclaw.com | Facsimile: (404) 522-8409 |
| mdubbs@spcclaw.com | Email: hwinsberg@phrd.com |
| | mweiss@phrd.com; mroberts@phrd.com |
| Robin D. Craig (SBN 130935) | Todd C. Jacobs (admitted pro hac vice) |
| LAW OFFICE OF ROBIN CRAIG | John E. Bucheit (admitted pro hac vice) |
| 6114 La Salle Avenue, No. 517 | PARKER, HUDSON, RAINER & DOBBS LLP |
| Oakland, CA 94611 | Two N. Riverside Plaza, Suite 1850 |
| Telephone: (510) 549-3330 | Chicago, Illinois 60606 |
| Email: rdc@rcraiglaw.com | Telephone: (312) 477-3305 |
| | Email: tjacobs@phrd.com; jbucheit@phrd.com |

*Attorneys for Westport Insurance Corporation f/k/a Employers Reinsurance Corporation*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In Re:* <br> THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, <br><br> Debtor and Debtor in Possession <br> _____ <br> WESTPORT INSURANCE CORPORATION, FORMERLY KNOWN AS EMPLOYERS REINSURANCE CORPORATION, <br> Plaintiff <br><br> v. <br><br> THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole, and DOES 1 through 50; <br> Defendants. | Case No. 23-30564 <br><br> Chapter 11 <br><br> Hon. Dennis Montali <br><br> **PROOF OF SERVICE** <br><br> ADVERSARY Case No. 25-03070 |

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
2000 POWELL STREET, SUITE 830
EMERYVILLE, CALIFORNIA 94608
TEL (415) 352-6200 • FAX (415) 352-6224

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Alameda, State of California. My business address is 2000 Powell Street, Suite 830, Emeryville, CA 94608.

On October 13, 2025, I served true copies of the following document(s) described as**:**

- Adversary Proceeding Cover Sheet;
- Westport Insurance Corporation's Complaint for Declaratory Judgment and Demand for Jury Trial;
- Summons and Notice of Scheduling Conference;
- Order Re Initial Disclosures and Discovery Conference;
- Notice, ECF Dkt. 7-2;
- Bankruptcy Dispute Resolution Program Information Sheet.

on the interested parties in this action as follows:

## **SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Sinnott, Puebla, Campagne & Curet, APLC for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Emeryville, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 13, 2025, at Emeryville, California.

_M. Mejia_
Michelle Mejia

# SERVICE LIST

| | |
|---|---|
| PAUL J. PASCUZZI,<br>JASON E. RIOS,<br>THOMAS R. PHINNEY,<br>FELDERSTEIN FITZGERALD<br>WILLOUGHBY PASCUZZI & RIOS LLP<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA 95814<br>ppascuzzi@ffwplaw.com<br>jrios@ffwplaw.com<br>tphinney@ffwplaw.com | Attorneys for The Roman Catholic<br>Archbishop of San Francisco |
| ORI KATZ,<br>ALAN H. MARTIN,<br>JEANNIE KIM,<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111<br>okatz@sheppardmullin.com<br>amartin@sheppardmullin.com<br>jekim@sheppardmullin.com | |

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
2000 POWELL STREET, SUITE 830
EMERYVILLE, CALIFORNIA 94608
TEL (415) 352-6200 • FAX (415) 352-6224

# CERTIFICATE OF SERVICE

I, Michelle Mejia _____ (name), certify that service of this summons and copy of the complaint was made __October 13, 2025__ (date) by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Paul J. Pascuzzi, Jason E. Rios, Thomas R. Phinney
Felderstein, Fitzgerald, Willoughby, Pascuzzi & Rios LLP
500 Capitol Mall, Suite 2250, Sacramento, CA 95814
Attorneys for The Roman Catholic Archbishop of San Francisco

Ori Katz, Alan H. Martin
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐ Residence Service: By leaving the process with the following adult as:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☒ State Law: The defendant was served pursant to the laws of State of __California__, as follows: [Describe briefly]
California Rule of Court 1.21. Service on counsel for The Roman Catholic Archbishop of San Francisco

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __October 13, 2025__  Signature _M. Mejia_
Print Name: Michelle Mejia
Business Address: 2000 Powell Street, Suite 830
Emeryville, CA 94608